| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Weinstein, Jack B | 2. Court or Organization USDC-Eastern District of NY | 3. Date of Report 3/5/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U.S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address 225 Cadman Plaza East Brooklyn, N.Y. 11201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | TIAA Retirement Plans |
| 2. 1998 | New York State Retirement Plans |
| 3. 2000 | New York State Savings Plan Schooling (2) |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 3/5/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Northwestern Univ. Press Royalty | $ 24.15 |
| 2. 2006 | Teachers Ins. & Annuity Pension | $ 16,064.70 |
| 3. 2006 | N.Y. State Retirement System Pension | $ 8,325.29 |
| 4. 2006 | West Publishing Co. Royalty | $ 4,866.29 |
| 5. 2006 | Social Security | $ 23,230.80 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | ██████ Social Security |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 3/5/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 3/5/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. (Trust) College Savings Prog. (N.Y.) | B | Dividend | J | T | | | | | |
| 2. (Trust) College Savings Prog. (N.Y.) | A | Dividend | L | T | | | | | |
| 3. NYS Dorm 2/15/08 | A | Interest | J | T | | | | | |
| 4. NYS Dorm. Auth. 7/01/09 | A | Interest | J | T | | | | | |
| 5. NYS Dorm. Auth. 7/01/09 | A | Interest | J | T | | | | | |
| 6. Chase Manhattan checking Great Neck, NY | A | Interest | J | T | | | | | |
| 7. NY City Ser. A-1 Bond | A | Interest | J | T | | | | | |
| 8. NY State Twy. Auth Bonx | A | Interest | K | T | | | | | |
| 9. NY City Ser 1 G/O Bond | A | Interest | | | Redemption | 8/01 | J | A | |
| 10. NYCity Ser. G. Bond | A | Interest | J | T | | | | | |
| 11. Checking-Savings-Washington Mutual Savings | A | Interest | J | T | | | | | |
| 12. FDG U.S.Corp. 10/15/98 | A | Interest | K | T | | | | | |
| 13. Financing Corp. Fed. B 11/11/09 | A | Interest | J | T | | | | | |
| 14. Cats Ser U. Treas 2/15/00 | A | Interest | L | T | | | | | |
| 15. Strips U.S. Treas. 8/15/03 | A | Interest | L | T | | | | | |
| 16. Cats Ser V. 11/15/03 | A | Interest | J | T | | | | | |
| 17. Cats Ser R 02/15/04 | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 3/5/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Cats Ser N 05/15/04 | A | Interest | K | T | | | | | |
| 19.  Empire State Dev 1/1/2012 | A | Interest | J | T | | | | | |
| 20.  NY City Hlth & Hosp 2/15/14 | A | Interest | K | T | | | | | |
| 21.  NY St Dorm 2/15/2014 | A | Interest | K | T | | | | | |
| 22.  NY St Dom 7/1/2020 | A | Interest | J | T | | | | | |
| 23.  NY City Ser G 8/1/2020 | A | Interest | J | T | | | | | |
| 24.  Resol Fed Corp Ser A 4/15/05 | A | Interest | K | T | | | | | |
| 25.  2/1/02 NYC Gen Obl Ser D 8/15/01 | B | Interest | K | T | | | | | |
| 26.  NYC Ser 96B 8/14/95 | B | Interest | K | T | | | | | |
| 27.  Fed Jud Off Bldg 9/1/89 | B | Interest | K | T | | | | | |
| 28.  Cat Ser M 5/15/04 | A | Interest | J | T | | | | | |
| 29.  NY State Dorm 2/15/2011 | A | Interest | K | T | | | | | |
| 30.  Nassau Cty 1/1/2014 | A | Interest | K | T | | | | | |
| 31.  Resolution Funding | A | Interest | K | T | | | | | |
| 32.  Housing NY Corp Mat 11/1/07 | A | Interest | J | T | | | | | |
| 33.  NY St. Housing Fin. Mat 11/1/08 | A | Interest | J | T | | | | | |
| 34.  NY St Urban Dev Mat 4/1/07 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 3/5/2008 |

## VII. INVESTMENTS and TRUSTS _-- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NY St Dorm Auth Vets House 7/1/09 | B | Interest | K | T | | | | | |
| 36. Resol. FDG Corp Ser A | A | Interest | K | T | | | | | |
| 37. NYS Dorm 7/1/17 | A | Interest | J | T | | | | | |
| 38. NYS Unrefunded 8/1/07 | A | Interest | | | Redemption | 8/15 | J | A | |
| 39. Battery Park City 11/1/2013 | A | Interest | K | T | | | | | |
| 40. NY City FO1D Jan. 98 | A | Interest | J | T | | | | | |
| 41. Nassau Co Ser Z 9/01/2017 | A | Interest | J | T | | | | | |
| 42. Dutchess Cty Recovery 1/1/2013 | A | Interest | J | T | | | | | |
| 43. NY City Ser B Ambar 8/1/2017 | A | Interest | K | T | | | | | |
| 44. NYS Correctional 1/1/2008 | A | Interest | K | T | | | | | |
| 45. NYS Urban Dev 1/1/2000 | A | Interest | J | T | | | | | |
| 46. MBNA America Bank 6/14/02 | A | Interest | J | T | | | | | |
| 47. Binghampton 8/15/07 | A | Interest | | | Redemption | 8/15 | J | A | |
| 48. Harborfield Cent Sch D Bd | A | Dividend | J | T | | | | | |
| 49. L.I.N.Y. Power Auth Bd 5/1/09 | B | Dividend | K | T | | | | | |
| 50. N.Y. RFDG Serv Bd. 6/01/98 | A | Dividend | J | T | | | | | |
| 51. N.Y. Dorm Bd. 11/01/97 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 3/5/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. N.Y. Dorm Bd. 10/01/97 | A | Dividend | J | T | | | | | |
| 53. Met Trans A. Bd 5/30/02 | B | Dividend | K | T | | | | | |
| 54. NY Sch Asst Bd 12/15/97 | B | Dividend | K | T | | | | | |
| 55. East Islip Sch Bd 6/15/02 | B | Dividend | K | T | | | | | |
| 56. Schenectady Sch Bd 6/15/02 | B | Dividend | K | T | | | | | |
| 57. Eastport Cent H.S. Bd 6/16/02 | B | Dividend | K | T | | | | | |
| 58. N.Y.City Bd 3/09/99 | A | Dividend | J | T | | | | | |
| 59. N.Y. Env. Bd. 7/25/02 | B | Dividend | K | T | | | | | |
| 60. CD Key Bank Bd 8/14/02 | C | Dividend | L | T | | | | | |
| 61. Met Trans Bd 8/15/02 | B | Dividend | K | T | | | | | |
| 62. Met Trans Bd 8/15/02 | B | Dividend | K | T | | | | | |
| 63. Triborough Bridge Bd 3/01/02 | A | Dividend | J | T | | | | | |
| 64. N.Y. TCRS Bd 3/18/99 | B | Dividend | K | T | | | | | |
| 65. NYC Packers Coll. Bd 6/01/02 | B | Dividend | K | T | | | | | |
| 66. N.Y. Trans. Auth. Bd. Coll 5/10/08 | A | Dividend | J | T | | | | | |
| 67. NY Dorm A. Bd. 9/05/02 | B | Dividend | K | T | | | | | |
| 68. N.Y. Ser. I 4/21/99 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 3/5/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Met Trans A 11/15/12 | A | Dividend | J | T | | | | | |
| 70. Fed Nat Mtg 2022 | A | Dividend | K | T | | | | | |
| 71. Dutchess Cty 7/01/2020 | A | Dividend | J | T | | | | | |
| 72. NYC Ser I 3/01/22 | A | Dividend | J | T | | | | | |
| 73. Fed. Nat. Mtg 2026 | A | Dividend | K | T | | | | | |
| 74. Fed Nat Mtg 2014 | A | Dividend | | | Sold | 1/03 | J | A | |
| 75. DN Prov. Bank 2018 | A | Dividend | K | T | | | | | |
| 76. Smithtown Sch Bd 2015 | A | Dividend | J | T | | | | | |
| 77. Smithtown Sch Bd 2012 | A | Dividend | J | T | | | | | |
| 78. NYS Dorm 2/01/08 | A | Dividend | J | T | | | | | |
| 79. Met T. Auth. 7/01/12 | A | Dividend | J | T | | | | | |
| 80. NY Ser G 2/01/09 | A | Dividend | J | T | | | | | |
| 81. NY Ser I 3/01/24 | A | Dividend | J | T | | | | | |
| 82. Fed Hm. Ln 9/22/18 | A | Dividend | L | T | | | | | |
| 83. NY Env 6/15/13 | A | Distribution | K | T | | | | | |
| 84. Buff Mun Ser B 7/1/12 | A | Dividend | K | T | | | | | |
| 85. Hudson Bk 11/14/13 | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Fed Nat'l Mtg 12/24/18 | A | Dividend | K | T | | | | | |
| 87. Fed Nat'l Mtg 12/24/12 | A | Dividend | J | T | | | | | |
| 88. Fed Nat'l Mtg 11/29/18 | A | Dividend | K | T | | | | | |
| 89. NYS Dorm U Rock Iss. 3/14/98 | A | Interest | J | T | | | | | |
| 90. NYS Dorm Rock Iss 3/15/98 | A | Interest | J | T | | | | | |
| 91. Fed. Nat. Mtg Call 2/18/14 | C | Interest | M | T | | | | | |
| 92. Fed Home L. Mtg Call 1/31/19 | A | Interest | J | T | | | | | |
| 93. Fed. Nat. Mtg Call 2/18/14 | A | Interest | J | T | | | | | |
| 94. NYC O1D Secd Ser B Iss 3/9/04 | B | Interest | K | T | | | | | |
| 95. Ford Motor Call 1/20/06 | A | Interest | | | Sold | 1/10 | J | A | |
| 96. Fed Nat Mtg Call 7/23/09 | A | Interest | K | T | | | | | |
| 97. Fed Nat Mtg Call 7/28/11 | A | Interest | J | T | | | | | |
| 98. U.S. Treas Call 8/15/14 | A | Interest | K | T | | | | | |
| 99. Fed Nat Mtg Call 7/16/18 | B | Interest | K | T | | | | | |
| 100. Fed Home L.Mtg Call 9/15/17 | A | Interest | J | T | | | | | |
| 101. Fed Nat Mtg Call 5/14/14 | A | Interest | J | T | | | | | |
| 102. Resol Funding Call 4/15/18 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 3/5/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Stanley Morgan Money Fund | A | Interest | J | T | | | | | |
| 104. Stanely Morgan Money Fund | A | Interest | J | T | | | | | |
| 105. Stanley Morgan Money Fund | A | Interest | J | T | | | | | |
| 106. NY Mun Bk AGY Sch Issue 2/18/03 | B | Interest | K | T | | | | | |
| 107. First Bank Puerto Rico | B | Interest | K | T | | | | | |
| 108. Fed Nat Mort. April 12, 2030 | D | Interest | M | T | | | | | |
| 109. NY St. Envir 3/15/24 | B | Interest | K | T | | | | | |
| 110. NY St. Mtg. 3/01/98 | A | Interest | J | T | | | | | |
| 111. NY St. Dorm 11/01/2015 | A | Interest | J | T | | | | | |
| 112. NY St. Dorm 11/01/2015 | A | Interest | J | T | | | | | |
| 113. Pulaski Bank | A | Interest | J | T | | | | | |
| 114. Pulaski Bank | A | Interest | J | T | | | | | |
| 115. Nat. Repub. Bank Chi | A | Interest | J | T | | | | | |
| 116. Wash Mutual Bank Hend. | A | Interest | J | T | | | | | |
| 117. Fed Home Loan Bk. | A | Interest | | | Redemption | 11/23 | J | A | |
| 118. Fed Home Loan Mtg Corp | A | Interest | J | T | | | | | |
| 119. Fed Natl Mtg Assoc. | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 3/5/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Resol Fdg Corp Int. | A | Interest | K | T | | | | | |
| 121. Discover Bk. Greenwood | A | Interest | J | T | | | | | |
| 122. Western P.R. Mag.CD | A | Interest | K | T | | | | | |
| 123. Freeport NY Gen Obl. | A | Interest | K | T | | | | | |
| 124. Rock.Co. 8/15/21 4.375% | A | Interest | J | T | Buy | 8/20 | J | | |
| 125. Tarrytown Sch. 1/15/17 4.25% | A | Interest | K | T | Buy | 8/23 | K | | |
| 126. NYC 8/1/23 4.40% Ser N | A | Interest | K | T | Buy | 5/18 | K | | |
| 127. Brookhaven Op.Sp. 11/1/21 4.25% | A | Interest | J | T | Buy | 5/3 | J | | |
| 128. Suffolk 5/15/22 4.125% Ser A | A | Interest | J | T | Buy | 5/24 | J | | |
| 129. NYS Env. 12/5/20 4.00% | A | Interest | K | T | Buy | 4/12 | K | | |
| 130. Corner Bank 4/13/10 5.1% | A | Interest | K | T | Buy | 4/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

N O N E

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 3/5/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544